**SO ORDERED.**

**SIGNED this 01 day of September, 2010.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

**FILED**

SEP 0 1 2010

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

In re

FALLON LUMINOUS PRODUCTS
CORPORATION
a/k/a FALLON CUSTOMER SERVICE
a/k/a GLASS BENDING CORPORATION
a/k/a ADVERNEON, a/k/a E-GLAS,
a/k/a ELECTRIGLAS, a/k/a ARTNEON,
a/k/a DECONEON, a/k/a LOGONEON,
a/k/a SPELLNEON, a/k/a EMBEDDED,
a/k/a BRINGING NEON TO LIFE

Case No. 09-35581

Debtor

iLIGHT TECHNOLOGIES, INC.

Plaintiff

v.

Adv. No. 10-3050

FALLON LUMINOUS PRODUCTS
CORPORATION

Defendant

### **O R D E R**

The Plaintiff, iLight Technologies, Inc., having filed iLight Technologies, Inc.'s Motion For Withdrawal of Reference and For Transfer of Venue (Motion) on August 26, 2010, requesting that the district court, pursuant to 28 U.S.C. § 157(d), withdraw the reference to the bankruptcy court of this adversary proceeding and also withdraw the reference of the Objection By Richard F. Ray, Trustee, to Claim No. 46 of iLight Technologies, Inc. filed by the Chapter 11 Trustee in the Debtor's case on July 1, 2010, and that the district court transfer venue of these actions to the United States District Court for the Middle District of Tennessee, the court, pursuant to Rule 5011(a) of the Federal Rules of Bankruptcy Procedure, directs that the clerk transmit the Motion together with the Memorandum of Law in Support of iLight Technologies, Inc.'s Motion For Withdrawal of the Reference and For Transfer of Venue to the district court for disposition.

###